# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1358. RACQUEL GREEN et al. v. MAIN STREET RENEWAL, LLC.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued a writ of possession to Main Street Renewal, LLC, Racquel Green appealed to the superior court. The superior court denied Green's motion for a jury trial and also issued a writ of possession. Green then filed this direct appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Green's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bullock*, 260 Ga. App. at 875.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/21/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.